UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO **00-6347**

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)
18 U.S.C. § 2

**CR-ZLOCH**

MAGISTRATE JUDGE
SELTZER

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| JOANN HOPE, | ) |
|  | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:

From on or about November 4, 2000, through on or about November 28, 2000, in

Broward County, in the Southern District of Florida, the defendant,

### JOANN HOPE,

did knowingly and intentionally possess with intent to distribute at least five (5) grams of a

Schedule II controlled substance, that is, a mixture and substance containing a detectable amount

of cocaine base, commonly known as crack cocaine, in violation of Title 21, United States Code,



Sections 841(a)(1), (b)(1)(B) and Title 18, United States Code, Section 2.

A TRUE BILL:

_____

FOREPERSON

_____

GUY A. LEWIS
UNITED STATES ATTORNEY

_____

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES OF AMERICA    CASE NO. _____

v.    **CERTIFICATE OF TRIAL ATTORNEY***

JOANN HOPE _____    **Superseding Case Information:**

**Court Division:** (Select One)

_____ Miami    _____ Key West
__X__ FTL    _____ WPB ____ FTP

New Defendant(s)    Yes _____  No _____
Number of New Defendants    _____
Total number of counts    _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) ___no_____
   List language and/or dialect _____

4. This case will take ___2-3___ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)            (Check only one)

   I    0 to 5 days    __X__    Petty    _____
   II    6 to 10 days    _____    Minor    _____
   III    11 to 20 days    _____    Misdem.    _____
   IV    21 to 60 days    _____    Felony    __X__
   V    61 days and over    _____

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) ___No_____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _____No_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765

*Penalty Sheet(s) attached    REV.6/27/00

**PENALTY SHEET**

Defendant's Name JOANN HOPE ___          Case No. _____

=================================          ======================================

Count #: 1

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE _____

21 U.S.C. § § 841(a)(1), (b)(1)(B) _____

**Max. Penalty:**    5 YEARS' MANDATORY MINIMUM TO 40 YEARS' IMPRISONMENT; $2,000,000 FINE

=====================================================================================
Count #:

_____

_____

**Max. Penalty:**
=====================================================================================
Count #:

_____

_____

**Max. Penalty:**
=====================================================================================
Count #: 4

_____

_____

**Max. Penalty:**
=====================================================================================
Count #.

_____

_____

**Max. Penalty:**
=====================================================================================
Count #:

_____

_____

**Max. Penalty:**
=====================================================================================

=====================================================================================

*Refers only to possible term of incarceration, does not  include possible fines, restitution, special assessments,
parole terms, or forfeitures that may be applicable.

No.

# UNITED STATES DISTRICT COURT

## Southern District of Florida
Central Criminal Division

---

### THE UNITED STATES OF AMERICA

*vs.*

JOANN HOPE

---

### INDICTMENT

21 USC § 841(a)(1)
21 USC § 841(b)(1)(B)
18 USC § 2

---

*A true bill.*

_____
*Foreperson*

---

*Filed in open court this*

_____ *day,*

*of*

_____ *A.D. 19* _____

_____
*Clerk*

*Bail, $* _____