# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

JOANN HOPE

## WARRANT FOR ARREST

CASE NUMBER:

**00-6347-CR-ZLOCH**

MAGISTRATE JUDGE SELTZER

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JOANN HOPE__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  | | Information  | | Complaint  | | Order of court  | | Violation Notice  | | Probation Violation Petition

charging him or her with (brief description of offense)
POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

in violation of Title _21_ United States Code, Section(s) __841(a)(1), (b)(1)(B)__

__Clarence Maddox__          __Court Administrator/Clerk of the Court__
Name of Issuing Officer       Title of Issuing Officer

_[signature]_                12/14/00 at Fort Lauderdale, Florida
Issuing Officer              Date and Location

                             _[signature]_
                             LURANA S. SNOW
Bail fixed at _PRETRIAL DETENTION_ requested by __MAGISTRATE JUDGE__
                             Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

