| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff ) <br> ) <br> -vs- ) <br> ) <br> Jeann HOPE ) <br> Defendant | CASE NUMBER: CR $00-6347$ CR $-ZLOCH$ <br><br> REPORT COMMENCING CRIMINAL ACTION     DEC 1 ? <br><br> 55589-004 |

*********************************************************

TO: CLERK'S OFFICE    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
U.S. DISTRICT COURT                (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.
*********************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 12/15/2000   4:00   a.m./p.m.

(2) LANGUAGE(S) SPOKEN: English

(3) OFFENSE(S) CHARGED: 21 U.S.C. 841(a)(1) (b)(1)(B)
    PWID Cocaine Base

(4) UNITED STATES CITIZEN:    (X)YES    ( )NO    ( )UNKNOWN

(5) DATE OF BIRTH: 02/24/1972

(6) TYPE OF CHARGING DOCUMENT:    (CHECK ONE)
    [X] INDICTMENT    [ ] COMPLAINT    CASE # See Above
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: SDFL
    COPY OF WARRANT LEFT WITH BOOKING OFFICER?    [X]YES    [ ]NO

AMOUNT OF BOND:$_____ WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: 12/15/2000    (9) ARRESTING OFFICER Robert V. Felicion

(10) AGENCY DEA    (11) PHONE # (954) 489-1740

(12) COMMENTS _____