UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6347-CR-Zloch

UNITED STATES OF AMERICA

vs

Joann Hope

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 12-18-00 , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT: Address: In Custody

Telephone:

DEFENSE COUNSEL: Name: FPD

Address:

Telephone:

BOND SET/CONTINUED: $ in Custody

Bond hearing held: yes____ no X Bond hearing set for 12-21-00

Dated this 18 day of December , 20 00 .

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 00-097

cc: Clerk for Judge
U. S. Attorney
Defense Counsel
Pre-Trial Services