| | | | |
|---|---|---|---|
| DEFT: | Joann Hope (J)# | CASE NO: | 00-6347-CR-Zloch |
| AUSA: | Kathleen Rice /Stefin | ATTNY: | Sam Smargon |
| AGENT: | | VIOL: | |
| PROCEEDING: | Initial Appearance | BOND REC: | PTD |
| BOND HEARING HELD - yes/no | | COUNSEL APPOINTED: | FPD |
| BOND SET @ | | | |

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ____ Halfway House
    ____ Electronic Monitoring

Case Unsealed - order signed
X - advised of charges
X - sworn for counsel

Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

5 video tapes

NEXT COURT APPEARANCE:   DATE:        TIME:      JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:     12-21-00    10:00am    BSS
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:    1-2-01      11:00am    Snow

DATE: 12-18-00    TIME: 11:00am    TAPE # 00-097 PG # 9
1390-1605
Recalled 1876.

11