# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA  *529264*

UNITED STATES OF AMERICA

V.

JOANN HOPE

## WARRANT FOR ARREST

CASE NUMBER:

TO: The United States Marshal
and any Authorized United States Officer

**00-6347-CR-ZLOCH**

YOU ARE HEREBY COMMANDED to arrest __JOANN HOPE__

Name

MAGISTRATE JUDGE
SELTZER

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  |  | Information  |  | Complaint  |  | Order of court  |  | Violation Notice  |  | Probation Violation Petition

charging him or her with (brief description of offense)
POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

'00 DEC 20 P12:55

in violation of Title __21__ United States Code, Section(s) __841(a)(1), (b)(1)(B)__

__Clarence Maddox__                           __Court Administrator/Clerk of the Court__
Name of Issuing Officer                        Title of Issuing Officer

_[signature]_                                  __12/14/00 at Fort Lauderdale, Florida__
Issuing Officer                                Date and Location

                                               _Lurana S. Snow_
                                               LURANA S. SNOW
Bail fixed at __PRETRIAL DETENTION__ _requested_ by __MAGISTRATE JUDGE__
                                                  Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ Ft. Lauderdale, FL |

| DATE RECEIVED<br>12/14/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER<br>_[signature]_<br>Edward Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST<br>12/15/00 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

