# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Joann Hope (J)# CASE NO: 00-6347-CR-Zloch
AUSA: Kathleen Rice ATTNY: FPD - Timothy Day
AGENT: VIOL:
PROCEEDING: PTD hearing. BOND REC:
BOND HEARING HELD — (yes)/no COUNSEL APPOINTED:
___ BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS: Testimony heard by DEA Schwartz.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Defendant detained on grounds of Danger to Community and Risk of Flight.
ORder will be issued

NEXT COURT APPEARANCE: DATE: TIME: JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:
DATE: 12-21-00  TIME: 10:00am  TAPE # 00-099  PG # 3813 - end
                                      00-100       0 - 1173
18