HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __WILLIAM T. WILLIAMS__ CASE NO: ~~00-6330-CR-FERGUSON~~ 6339
AUSA __LARRY BARDFELD__ / Dana W. ATTY __FPD__ __Wilcox__

Disc out -
01-001
@ 1

DEFT __LEWIS FRANKLIN__ CASE NO: ~~00-8155-CR-FERGUSON~~
AUSA __RICHARD BROWN__ / Dana W. ATTY __FPD__ __Wilcox for H___

Disc going out today
PT motions due Jan 21
@ 39

DEFT __JOANN HOPE__ CASE NO: __00-6347-CR-ZLOCH__
AUSA __KATHLEEN RICE__ / Washington ATTY __FPD__ - Wilcox for Day

Disc out -
PT motions due Jan 21
@ 39

DEFT __ORSON HARRIS__ CASE NO: ~~00-6346-CR-FERGUSON~~
AUSA __KATHLEEN RICE__ / Washington ATTY __FPD__ __Wilcox__

Disc out
PT motion due - Jan 29
@ 39

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DATE __1/2/01__   TIME __11:00__