UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6347-CR-ZLOCH

UNITED STATES OF AMERICA,      :

       Plaintiff,              :

v.                             :

JOANN HOPE,                    :

       Defendant.              :
_____

FILED by ___ D.C.

JAN - 2 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### STATUS REPORT

    A status conference was held in this cause on January 2, 2001. At that conference, the parties informed the Court as follows:

    1. Discovery was sent out on the date of the status conference.

    2. Counsel for the defendant shall have until January 21, 2001, within which to file pretrial motions.

    DATED at Fort Lauderdale, Florida, this 2nd day of January, 2001.

                                LURANA S. SNOW
                            UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Kathleen Rice (FTL)
AFPD Tim Day (FTL)

