**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

FILED by  D.C.
JAN 12 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

**UNITED STATES OF AMERICA,**

Case No. 00-6347-Cr-ZLOCH

Plaintiff,

vs.   **MIAMI, *FLORIDA***
DECEMBER 21, 2000

**JOANN HOPE,**

Defendant.

---

**TRANSCRIPT OF PRETRIAL DETENTION HEARING**
**BEFORE THE HONORABLE BARRY S. SELTZER,**
**UNITED STATES MAGISTRATE JUDGE**

APPEARANCES:

FOR THE GOVERNMENT:

> **KATHLEEN RICE, A.U.S.A.**
> 500 East Broward Blvd., 7th Floor
> Ft. Lauderdale, FL 33301 954/356-7392

FOR THE DEFENDANT:

> **TIMOTHY, A.F.P.D.**
> *Federal Public Defender's Office*
> 150 West Flagler Street
> Miami, FL   33130 - 305/536-6900

REPORTED BY:   **JERALD M. MEYERS, RPR-CM**
Official Federal Court Reporter
301 North Miami Avenue, 9th Floor
Miami, FL   33128-7797 - 305/374-8108

23

**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**

# NOT

# SCANNED

PLEASE REFER TO COURT FILE