UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6347-CR-ZLOCH

UNITED STATES OF AMERICA )
)
v. )
)
JOANN HOPE, )
)
Defendant. )
_____ )



## GOVERNMENT'S SPEEDY TRIAL REPORT

The United States of America, by and through the undersigned Assistant United States Attorney, hereby submits its Speedy Trial Report pursuant to Local Rule 88.5.

1. The Speedy Trial Act, Section 3161(c)(1), mandates that the trial of a federal indictment must occur within seventy (70) days from the filing and making public of the indictment, or from the date of a defendant's initial appearance on the charges, whichever last occurs.

2. The defendant, Joann Hope, had her initial appearance and arraignment on the indictment on December 18, 2000. Therefore, the speedy trial clock was triggered on that date.

3. On December 21, 2000, a pretrial detention hearing was held at which time the defendant was detained as a risk of flight and danger to the community. The government submits that the date of the pretrial detention hearing is excludable pursuant to Title 18, United States Code,

Section 3161(h)(1).

Based upon the foregoing, the United States submits that the speedy trial clock is presently running with thirty-five days of non-excludable time having elapsed. Therefore, trial must commence within thirty-five days, or on or before February 27, 2001.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765
500 East Broward Blvd, 7th Floor
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255, ext. 3512
Facsimile: (954) 356-7336

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered by United States mail this 23 day of January, 2001 to: Timothy Day, Assistant Federal Public Defender, 101 N.E. Third Avenue, Suite 202, Fort Lauderdale, Florida 33301.

_____

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

2