UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
JAN 2 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6347-CR-Zloch   DATE 1-26-01
CLERK Carline Newby   REPORTER Carl Schanzlel
PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Joann Hope

U. S. ATTORNEY Kathleen Rice   DEFT COUNSEL Timothy Day

DEFENDANT:   PRESENT   NOT PRESENT   ON BOND   IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING Deft's mtn to continue granted - all time excludable -

JUDGMENT

CASE CONTINUED TO _____   TIME _____   FOR _____

MISC 2 days

26