UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6347-CR-FILED by     D.C.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOANN HOPE,

    Defendant.
_____/

**ORDER GRANTING CONTINUANCE AND RESETTING TRIAL**

FILED
JAN 2 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS MATTER is before the Court upon the Defendant, Joann Hope's Unopposed Motion To Continue based upon the need of counsel for additional time within which to prepare to properly defend this matter. The Court has carefully reviewed said Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant, Joann Hope's Motion To Continue be and the same is hereby **GRANTED**. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a Speedy Trial.

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause is hereby removed from the trial calendar of January 29, 2001 and is hereby reset for the trial calendar commencing on Monday, March 12, 2001, at 9:30 a.m., in Courtroom A, United States Courthouse,

299 East Broward Boulevard, Fort Lauderdale, Florida. Calendar Call is hereby set for Friday, March 9, 2001, at 9:00 a.m. in Courtroom A, United States Courthouse, Fort Lauderdale, Florida.

**Any Motions For Continuance must be filed fourteen (14) days prior to Calendar Call.**

The Court further finds that the delay resulting from the date of this continuance, January 23, 2001, through and including March 12, 2001, the date set for trial, or the date the trial commences, whichever is later, shall be deemed excludable time under Title 18, United States Code, § 3161(h)(8).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of January, 2001.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Kathleen Rice, Esq., AUSA
For Plaintiff

Timothy M. Day, Esq., AFPD
For Defendant

2