UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by ___ D.C.
MAR 2 0 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6347-CR-Zloch   DATE 3-20-01
CLERK Carline Newby   REPORTER Carl Schanzleh
PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. JoAnn Hope

U.S. ATTORNEY Kathleen Rice   DEFT COUNSEL Tim Day

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Change of Plea to one count Indictment

RESULT OF HEARING Deft entered a plea of guilty to Count one

JUDGMENT Court accepted plea & adjudged deft guilty to Count one —

CASE CONTINUED TO 6-1-01   TIME 10:30   FOR Sentencing

MISC Written Plea Agreement —

31