FILED by _af_ D.C.
JUN 14 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6347-CR          DATE June 14, 2001
CLERK Amy Jordan                REPORTER Carl Schenzkeh
PROBATION Tracey Webb           INTERPRETER

UNITED STATES OF AMERICA V. Joann Hope

U.S. ATTORNEY Kathleen Rice     DEFT COUNSEL Timothy Day

DEFENDANT: [PRESENT]    NOT PRESENT    ON BOND    [IN CUSTODY]

REASON FOR HEARING Sentencing

RESULT OF HEARING motion for downward departure - Granted
Defendant Sentenced to 60 months imprisonment as
to Count 1 of the indictment; 4 years Supervised
Release; $100.00 Special Assessment due immediately;
JUDGMENT Special Conditions: ① Participate in drug/alcohol
treatment; defendant will contribute to cost of treatment.
② Submit to Search of Person + Property by U.S. Probation
Officer.

CASE CONTINUED TO _____    TIME _____    FOR _____

MISC Court Recommends to the B.O.P.: ① 500 hours
drug program ② defendant be detained in a facility
in Southern Florida.
No objections by either party to the Sentence.
Defendant has 10 days w/in to appeal. Appeal is filed
Federal Public Defenders office appointed if appeal is filed

34