# United States District Court

## Southern District of Florida
### FORT LAUDERDALE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>JOANN HOPE | JUDGMENT IN A CRIMINAL CASE<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **00-6347-CR-ZLOCH**<br>Counsel For Defendant: **Timothy Day, Federal Public Defender**<br>Counsel For The United States: **Kathleen Rice, AUSA**<br>Court Reporter: **Carl Schanzleh** |

### THE DEFENDANT:

[X] pleaded guilty to count One (1) of Indictment.

[ ] pleaded nolo contendere to count(s)
which was accepted by the court.

[ ] Was found guilty on count(s)
after a plea of not guilty



FILED by _____ D.C.

JUN 1 9 2001

CLERK U.S. DIST CT
S.D. OF FLA. FT. LAUD

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 21 U.S.C. 841(a)(1) | Possession with Intent to Distribute at Least Five Grams Of Cocaine Base | 11/28/00 | One |

The defendant is sentenced as provided in pages 2 through __8__ Of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **February 24, 1972**
Defendant's USM Number: **55589-004**

Defendant's Residence Address:
Federal Detention Center
33 N.E. 4th Street
Miami, Florida 33132

Defendant's Mailing Address:
Federal Detention Center
33 N.E. 4th Street
Miami, Florida 33132

June 14, 2001
Date of Imposition of Judgment

Signature of Judicial Officer

**William J. Zloch**
Chief U.S. District Court Judge

Date: 6/19/01

By _____ Deputy Clerk
Date

DEFENDANT: **HOPE, JOANN**
CASE NUMBER: **00-6347-CR-ZLOCH**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **Sixty (60) Months.**

X **The Court makes the following recommendations to the Bureau of Prisons:**
**1 - 500 Hours Drug Program.**
**2 - Defendant be detained in a Federal Facility in Florida.**

X **The defendant is remanded to the custody of the United States Marshal.**

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ To _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy U.S. Marshal

---

**DEFENDANT DELIVERED ON** 07/17-01
**SURRENDERED ON** _____
**TO FCI TALLAHASSEE, FLORIDA**
**BY BOP BUS** XX ____; USM _____
**BY:** B. James ISS
/For Inmate Systems Manager