PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 66620

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6347-CR-ZLOCH</u>



**Request for Modifying the Conditions or Term of Supervision**  
**with Consent of the Offender**  
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: **JOANN HOPE**

Name of Sentencing Judicial Officer: Honorable William J. Zloch, Chief  
U.S. District Court Judge, Southern District of Florida

Date of Original Sentence: June 14, 2001

Original Offense:   Possession with Intent to Distribute at Least Five Grams of Cocaine Base. In Violation of Title 21 U.S.C. Section 841(a)(1).

Original Sentence:   U.S. Bureau of Prisons for a term of sixty (60) months; followed by four (4) years supervised release. Special Conditions: 1. Defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Officer. 2. Defendant shall submit to a search of her person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer.

Type of Supervision: Supervised Release          Date Supervision Commenced: May 17, 2005

## PETITIONING THE COURT

[ ]   To extend the term of supervision for _ years, for a total term of _ years.  
[X]   To modify the conditions of supervision as follows:

**The defendant shall perform fifty (50) hours of community service at the direction of the U.S. Probation Office.**

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 66620

# CAUSE

1. **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On May 26, 2005, the defendant submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory; and subsequent confirmed positive by Scientific Testing Laboratories, Inc.

   The defendant denies using cocaine, stating she only drank an alcoholic beverage since her release from incarceration. As a result of the positive urinalysis submitted on May 26, 2005, she will participate in the substance abuse treatment program at an intensified level. The defendant has been sanctioned to report to the probation office twice weekly, for a period of thirty (30) days for urinalysis testing. It is also recommended the defendant be sanctioned to perform fifty (50) hours of community service. Should your Honor be in agreement with this recommendation, please indicate below.

Respectfully submitted,

by

Gidget O. Mitchell  
U.S. Probation Officer  
Phone: 954.769.5584  
Date: June 10, 2005

---

THE COURT ORDERS:

[ ] No Action  
[ ] The Extension of Supervision as Noted Above  
[X] The Modification of Conditions as Noted Above  
[ ] Submit a Request for _ Warrant or _ Summons

_____  
Signature of Judicial Officer

6/14/05  
_____  
Date