PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No.66620

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6347-CR-ZLOCH</u>

FILED by _____ D.C.  
JUL 2 2 2005  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

<u>Request for Modifying the Conditions or Term of Supervision</u>  
<u>with Consent of the Offender</u>  
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: **JOANN HOPE**

Name of Sentencing Judicial Officer: Honorable William J. Zloch, Chief  
U.S. District Court Judge, Ft. Lauderdale Division

Date of Original Sentence: June 14, 2001

Original Offense: Possession with intent to distribute at least five grams of cocaine base. In Violation of Title 21 U.S.C. Section 841(a)(1).

Original Sentence: U.S. Bureau of Prisons for a term of sixty (60) months; followed by four (4) years supervised release. Special Conditions: 1. Defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Officer. 2. Defendant shall submit to a search of her person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer.

**MODIFICATION: June 14, 2005: The defendant shall perform fifty (50) hours of community service at the direction of the U.S. Probation Office.**

Type of Supervision: Supervised Release          Date Supervision Commenced: May 17, 2005

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.  
[X]   To modify the conditions of supervision as follows:

**The defendant shall reside at and participate in the Community Corrections Center for a period not to exceed ninety (90) days, or until otherwise released at the direction of the U.S. Probation Officer.**



PROB 12B                                                              SD/FL PACTS No.66620
(SD/FL 9/96)

## CAUSE

1. **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On July 11, 2005, the defendant submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory; confirmation from Scientific Testing Laboratories, Inc., is pending. The defendant admitted to the use of cocaine.

2. **Violation of Special Condition,** by failing to participate in an approved treatment program. On or about July 6, 2005, the defendant failed to attend her scheduled appointment with Compass Health Systems Inc., and to date, has not satisfactorily participated in treatment as directed.

On June 14, 2005, Your Honor signed a Petition modifying the conditions of supervised release to include fifty hours of community service. This was ordered as a punitive sanction for testing positive for the presence of cocaine on May 26, 2005. The defendant has continued to test positive for cocaine, to wit: on July 11, 2005, she submitted a urinalysis which tested positive for cocaine. Further, she failed to attend two treatment sessions at Compass Health Systems that were scheduled for her on July 6, 2005.

It is recommended the defendant be sanctioned to participate in the Community Corrections Center for a period not to exceed ninety (90) days. Attached is the Waiver of Hearing signed by the defendant, agreeing to participate in the Community Corrections Center. Should Your Honor be in agreement with this recommendation, please indicate below.

Respectfully submitted,

by

Gidget D. Mitchell
U.S. Probation Officer
Phone: 954-769-5584
Date: July 19, 2005

**THE COURT ORDERS:**

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Submit a Request for _ Warrant or _ Summons

_____
Signature of Judicial Officer

7/22/05
_____
Date