PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 66620

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. <u>00-6347-CR-ZLOCH</u>

### <u>Request for Modifying the Conditions or Term of Supervision</u>
### <u>with Consent of the Offender</u>
(Probation Form 49, Waiver of Hearing is Attached)



FILED by _____ D.C.

MAR 22 2006

CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

Name of Offender:    **HOPE, Joann**

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, Chief  
U.S. District Court Judge, Southern District of Florida

Date of Original Sentence: June 14, 2001

| | |
|---|---|
| Original Offense: | Possession with intent to distribute at least five grams of cocaine base. In Violation of title 21 U.S.C. Section 841(a)(1). |
| Original Sentence: | U.S. Bureau of Prisons for a term of sixty (60) months; followed by four (4) years supervised release. Special conditions: 1. Defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Officer. 2. Defendant shall submit to a search of her person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer. **MODIFICATIONS: June 14, 2005: The defendant shall perform fifty (50) hours of community service at the direction of the U.S. Probation Office. July 22, 2005: The defendant shall reside at and participate in the Community Corrections Center for a period not to exceed ninety (90) days, or until otherwise released by the Court.** |

Type of Supervision: Supervised Release        Date Supervision Commenced: May 17, 2005

## PETITIONING THE COURT

[]    To extend the term of supervision for __ years, for a total term of __ years.  
[X]   To modify the conditions of supervision as follows:

**The defendant shall abstain from the use of alcoholic beverages during the duration of supervision.**



PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 66620

# CAUSE

1. **VIOLATION OF STANDARD CONDITION,** by failing to refrain from excessive use of alcohol. On March 13, 2006, the defendant submitted to a breathalyzer test which registered .018, for the presence of alcohol.

   The defendant is currently participating in the substance abuse treatment program. A random breathalyzer test was conducted which was positive, as indicated in the above violation. The defendant admitted to consuming an alcoholic beverage. As a result of the positive breathalyzer, the defendant has been sanctioned to submit to random breathalyzer testing for a period of thirty (30) days, and to abstain from the use of alcoholic beverages during the duration of supervised released. The defendant signed the waiver agreeing to the aforementioned sanction.

   Should Your Honor be in agreement with this recommendation, please indicate below.

Respectfully submitted,

by  *[signature]*  
Gidget O. Mitchell  
U.S. Probation Officer  
Phone: 954-769-5584  
Date: March 21, 2006

THE COURT ORDERS:

[ ] No Action  
[ ] The Extension of Supervision as Noted Above  
[X] The Modification of Conditions as Noted Above  
[ ] Submit a Request for _ Warrant or _ Summons

_____  
Signature of Judicial Officer

3/22/06  
_____  
Date