PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 66620

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6347-CR-ZLOCH</u>



FILED by _____ D.C.

MAY 30 2006

CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: **HOPE, Joann**

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, Chief  
U.S. District court Judge, Southern District of Florida

Date of Original Sentence: June 14, 2001

| | |
|---|---|
| Original Offense: | Possession with intent to distribute at least five grams of cocaine base. In Violation of Title 21 U.S.C. Section 841(a)(1). |
| Original Sentence: | U.S. Bureau of Prisons for a term of sixty (60) months; followed by four (4) years supervised release. Special conditions: 1. Defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Officer. 2. Defendant shall submit to a search of her person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer. **MODIFICATIONS: June 14, 2005: The defendant shall perform fifty (50) hours of community service at the direction of the U.S. Probation Office. July 22, 2005: The defendant shall reside at and participate in t he Community Corrections Center for a period not to exceed ninety (90) days, or until otherwise released by the Court. March 22, 2006: The defendant shall abstain from the use of alcoholic beverages during the duration of supervision.** |

Type of Supervision: Supervised Release          Date Supervision Commenced: May 17, 2005

Assistant U.S. Attorney:          Defense Attorney:  
Kathleen Rice                     Timothy Day

---

## PETITIONING THE COURT

[ ]   To issue a warrant  
[X]   To issue a summons



PROB 12C                                                                               SD/FL PACTS No. 66620
(SD/FL 3/05)

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On May 9 and 11, 2006, the defendant submitted urine specimens which tested positive for the presence of cocaine and marijuana in our local laboratory; and subsequently confirmed positive by Scientific Testing Laboratories, Inc. The defendant signed an admission of drug use form. |
| 2. | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On May 16 and 18, 2006, the defendant submitted urine specimens which tested positive for the presence of cocaine in our local laboratory; and subsequently confirmed positive by Scientific Testing Laboratories, Inc. |
| 3. | **Violation of Mandatory Condition,** by failing to submit to drug testing. On March 14, and 30, 2006, the defendant failed to submit to drug testing as scheduled by Code A Phone. |
| 4. | **Violation of Mandatory Condition,** by failing to submit to drug testing. On April 6, 2006, the defendant failed to submit to drug testing as scheduled by Code A Phone. |

U.S. Probation Officer Recommendation:

- [X] The term of supervision should be revoked.
- [ ] extended for _ years, for a total term of _ years.
- [ ] The conditions of supervision should be modified as follows:

PROB 12C                                                              SD/FL PACTS No. 66620
(SD/FL 3/05)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __May 23, 2006__

Gidget O. Mitchell
U.S. Probation Officer
Phone: (954) 769-5584

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

5/30/06
Date