## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER- FORT LAUDERDALE, FLORIDA ROOM 110

DEFT: JOANN HOPE (SUMM)     CASE NO: 00-6347-CR-ZLOCH
AUSA: DUTY (Harry Wallace)     ATTY:
AGENT:     VIOL: SUPERVISED RELEASE VIOLATION

PROCEEDING: I/A ON SUPERVISED RELEASE VIOLATION     RECOMMENDED BOND:

BOND HEARING HELD - yes / no     COUNSEL APPOINTED: FPD (Margo?)
BOND SET @: $50,000 PSB     To be cosigned by:

- [x] Do not violate any law.
- [x] Appear in court as directed.
- [ ] Surrender and / or do not obtain passports / travel documents.
- [ ] Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- [ ] Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- [ ] Maintain or seek full - time employment.
- [x] No contact with victims / witnesses.
- [x] No firearms.
- [ ] Curfew:
- [x] Travel extended to: Broward County
- [x] Halfway House: Spectrum Residential Treatment. Full time.

Notes:
- Present in Court w/ Counsel.
- Advised of Charges
- Sworn/Test. Court finds Deft Partial Indigent, Orders Deft to pay $100.00 in 30 days
- Gov't Recommends/Proffers $5,000
- Bond Hrg Held Court will set Bond of $50,000 PSB Full Time Spectrum Residential Program (Partial Indigency is Deleted)
- D waives Prel/Exam Hrg — Signed Waiver.

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING: Final Revocation Hrg Before Dist. Judge.
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 6/8/06    TIME: 11:00 A.M.    FTL/BSS TAPE # 06- 33    Begin: 1680    End: 2585

