UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6347-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff,

**ORDER ON INITIAL APPEARANCE**
Language   ENGLISH
Tape No.   06-BSS
AUSA   HARRY WALLACE
Agent

v.

JOANN HOPE

    Defendant.

The above-named defendant having surrendered on 6/8/06, having appeared before the Court for initial appearance on 6/8/06 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
2. _Federal Public Defender_ appointed as permanent counsel of record.
   Address: _1 East Broward Blvd Suite 1100_ Zip Code: _33301_
   Telephone: _954-356-7436_
3. The defendant shall attempt to retain counsel and shall appear before the court at _____ on _____
   before Judge _____
4. Arraignment/Preliminary/Removal/Identity hearing is set for _____ at _____ before Judge _____ .
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because \_\_\_
   _____ A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _____ at _____ before Judge _____ .
6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: _____ This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
   \_\_a. Surrender all passports and travel document to the Pretrial Services Office.
   \_\_b. Report to Pretrial Services as follows: _____ as directed; _____ times a week /month by phone,
       _____ times a week/month _____ in person;   _other:_ _____
   \_\_\_\_c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances
       prohibited by law.
   \_\_d. Maintain or actively seek full time gainful employment.
   \_\_e. Maintain or begin an educational program.
   \_\_f. Avoid all contact with victims of or witnesses to the crimes charged.
   \_\_g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
   \_\_h. Comply with the following curfew: _____
   \_\_\_\_i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.



___j. Comply with the following additional special conditions of this bond:_____
_____

        bond was set: At Arrest _____
                 On Warrant _____
                 After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

    **DONE AND ORDERED** at Ft. Lauderdale, Florida this 8th day of June, 2006.

                                      BARRY S. SELTZER
                                      UNITED STATES MAGISTRATE JUDGE

cc: Assistant U.S. Attorney
    Defendant
    Counsel
    Copy for Judge
    Pretrial Services/Probation