UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6347-CR-ZLOCH

UNITED STATES OF AMERICA,

v.                                              NOTICE

JOANN HOPE

---

TYPE OF CASE               CRIMINAL

---

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

---

PLACE:   COURTROOM A
299 E. BROWARD BLVD.                DATE & TIME:
FT. LAUDERDALE, FL 33301            July 5, 2006 at 11:00 A.M.

---

FINAL HEARING ON VIOLATION OF SUPERVISED RELEASE

---

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE:    June 12, 2006

cc:  Harry Wallace, Esq., AUSA
     Daryl E. Wilcox, Esq., AFPD
     Gidget O. Mitchell, U.S. Probation

FILED by _____ D.C.
JUN 12 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.