FILED by _____ D.C.

___ __ 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER  00-6347-CR              DATE  July 5, 2006

CLERK  James Stuart                  REPORTER

PROBATION  Christine Moberg          INTERPRETER  Nancy Siegel
           Barbara Somoano

UNITED STATES OF AMERICA v.  Joann Hope

U. S. ATTORNEY  Scott Behnke         DEFT COUNSEL  Deryl Wilcox

DEFENDANT: (PRESENT)    NOT PRESENT    (ON BOND)    IN CUSTODY

REASON FOR HEARING  Violation of Supervised release

RESULT OF HEARING  Court finds violations of Violation #1 and #2 of the petition (DE 40); Court will not revoke supervised release at this time. Defendant ordered to complete

JUDGMENT  previous conditions of supervised release together with these additional conditions
① Completion of 90 day residential treatment (Spectrum)
② 120 day term at Community Correction Center (Dismas)

CASE CONTINUED TO _____    TIME _____    FOR _____

MISC _____

