UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6347-CR-ZLOCH



UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                             O R D E R

JOANN HOPE,

    Defendant.
_____/

    THIS CAUSE came before the Court for hearing on Violation of Supervised Release on July 5, 2006.

    The Court has carefully considered the statements of all parties and the information contained in the violation report. The Court finds by a preponderance of the evidence that the defendant has violated her conditions of supervised release as set forth in Petition (DE 40) and the defendant admits violation numbers 1 and 2 and denies violation numbers 3 and 4. However, revocation is not necessary at this time.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the defendant's term of supervised release is hereby reinstated, together with all standard and special conditions previously imposed are reimposed at this time, together with the following additional special condition:

    1. Defendant shall successfully complete her ninety (90) day term at Spectrum Residential Center and shall successfully complete



a 120 day term at Dismas Residential Reentry Center.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____5th____ day of July, 2006.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

cc: Lynn Rosenthal, Esq., AUSA
    Daryl E. Wilcox, Esq.
    Gidget O. Mitchell, U.S. Probation