UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: CR 00-6347Cr210CH
      Plaintiff )
                        ) REPORT COMMENCING CRIMINAL
     -vs-     ) ACTION
Hope, Joann )  55589-004
      Defendant ) USMS NUMBER

FILED by _____ D.C.
SEP 10 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – FT. LAUD.

TO: Clerk's Office   MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court             FT. PIERCE
                        (circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
MAGISTRATES COURT ABOVE.

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 9/10/08  8:00 (am)/pm

(2) Language Spoken: English

(3) Offense(s) Charged: Probation Violation

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 2/24/72

(6) Type of Charging Document: (check one)
[ ] Indictment  [ ] Complaint to be filed/already filed
Case#_____

[ ] Bench Warrant for Failure to Appear
[X] Probation Violation Warrant
    Parole Violation Warrant

Originating District: S/FL

COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES  [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 9/10/08  (9) Arresting Officer: A. Villalaz

(10) Agency: USMS  (11) Phone: 954-356-7256

(12) Comments: _____