# UNITED STATES COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT MINUTES**

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: JOANN HOPE (J)#55589-004        CASE NO: 00-6347-CR-ZLOCH

AUSA: MARC ANTON                     ATTY:

AGENT: USPO: Gidget Mitchell         VIOL: SUPERVISED RELEASE VIOLATION

PROCEEDING: INITIAL APPEARANCE ON SUPERVISED RELEASE VIOLATION        RECOMMENDED BOND:

BOND/PTD HEARING HELD - yes / no     COUNSEL APPOINTED: FPD (W. Marks)

BOND SET @:                          To be cosigned by:

FILED by _____ D.C.
SEP 10 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – FT. LAUD.

- ☐ All standard conditions
- ☐ Do not encumber property.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew/Electronic Monitoring: _____
- ☐ Travel extended to: _____
- ☐ Other: _____

Δ- Advised of Charges.

Sworn/Test for Court Appointment. Found Indigent.

Gov't Recommends No Bond.

Proceed by Proffer

Court orders Deft Held w/o Bond.

Δ Waived Prel/Exam Hrg.
Signed Waiver.

*Final Hearing Before Judge Zloch

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:

REPORT RE COUNSEL:

PTD/BOND HEARING:

PRELIM/ARRAIGN. OR REMOVAL:

STATUS CONFERENCE:

DATE: 9/11/08   TIME: 11:00 A.M.   FTL/TAPE/BSS# 08-  51   Begin: 241-435

{15 Mins}   Recalled - 765-950