UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6347-CR-ZLOCH

UNITED STATES OF AMERICA

O R D E R

vs

JOANN HOPE

<table>
<tr><td>X</td><td>Appointing Counsel</td></tr>
<tr><td>___</td><td>Ratifying Prior Service</td></tr>
<tr><td>___</td><td>Extending Appointment<br>for Appeal</td></tr>
<tr><td>___</td><td>Substituting Counsel</td></tr>
</table>

_____
(prior counsel)

CHARGE:_____ SUPERVISED RELEASE VIOLATION _____

___X_Felony        _____Misdemeanor

Because the above defendant has testified under oath and has otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by Order of this District Court:

Federal Public Defender
1 EAST BROWARD BLVD SUITE 1100
Fort Lauderdale, FL 33301
Phone: (954)356-7436

DONE AND ORDERED at Fort Lauderdale, Florida, this 10TH day of SEPTEMBER 2008.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc:    AUSA
       FPD
       USPO/Pretrial Services

FILED by _____ D.C.

SEP 10 2008

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – FT. LAUD.