UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6347-CR-ZLOCH

UNITED STATES OF AMERICA,        :

    Plaintiff,                                    :

vs.                                                      :

JOANN HOPE,                                  :

    Defendant.                                :
_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER


By:   *s/Timothy M. Day*
     Timothy M. Day
     Assistant Federal Public Defender
     Florida Bar No. 360325
     1 E. Broward Boulevard
     Suite 1100
     Fort Lauderdale, Florida  33301
     (954) 356-7436
     (954) 356-7556 (fax)
     Timothy_Day@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on September 11, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            *s/Timothy M. Day*
                                              Timothy M. Day

SERVICE LIST

UNITED STATES OF AMERICA v. JOANN HOPE

Case No. 00-6347-CR-ZLOCH

**United States District Court, Southern District of Florida**

Timothy M. Day, Esquire
Timothy_Day@fd.org
Federal Public Defender's Office
1 E. Broward Blvd.
Suite 1100
Fort Lauderdale, Florida  33301
Telephone:  (954) 356-7436
Facsimile:  (954) 356-7556
Attorney for Joann Hope
[Service via CM/ECF]


United States Attorney's Office
500 E. Broward Blvd.
7th Floor
Fort Lauderdale, Florida  33301
Telephone:  (954) 356-7255
Facsimile:  (954) 356-7336
Attorney for United States of America
[Service via Interagency Mail]


Ms. Gidget Mitchell
United States Probation Office
6100 Hollywood Blvd.
Suite 501
Fort Lauderdale, Florida  33301
Telephone:  (954) 769-5584
Facsimile:  (954) 967-9125
[Service via U.S. Mail]

J:\Hope, Joann Reg55589-004\Pleadings\ECF-CM\ASSIGN

3