PROB 19a

SD/FL PACTS No. 66620

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6347-CR-ZLOCH

U.S.A. vs JOANN HOPE

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

529764

### WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Joann Hope | F | | 36 |

| ADDRESS (STREET, CITY, STATE) |
|---|
| 3716 S.W. 52 Avenue, #108, Hollywood, FL 33020 |

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| U.S. District Court | 6/14/01 |

| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) |
|---|
| U.S. District Court, SD/FL - Fort Lauderdale |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Steven M. Larimore | Barbara L. Coats | 9/5/2008 |

*Certified to be a true and correct copy of the document on file. Steven M. Larimore, Clerk, U.S. District Court, Southern District of Florida. By BCoats, Deputy Clerk. 9/5/08*

### RETURN

| | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| Warrant received and executed. | 09/08/2008 | 09/10/2008 |

| EXECUTING AGENCY (NAME AND ADDRESS) |
|---|
| USMS Hollywood, FL |

| NAME | (BY) | DATE |
|---|---|---|
| Christina Pharo, US Marshal, SDFL | Manny Puri, SDUSM | 9/10/2008 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _Southern_ District of _Florida_ ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."